## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA (MUSKOGEE)

| | | | |
|---|---|---|---|
| **IN RE:** | ) | | |
| | ) | | |
| **Jason Brown Culver** *fdba* **Wildlife** | ) | **Case No.** | **20-81159** |
| **Removal of Eastern Oklahoma LLC** *dba* | ) | **Chapter** | **7** |
| **Wildlife X Team of Eastern Oklahoma** | ) | | |
| **and Amanda Deanne Culver** | ) | | |
| | ) | | |
| **DEBTORS.** | ) | | |

### MOTION FOR ORDER OF ABANDONMENT,

Carvana LLC, Creditor in the above-styled and numbered cause, pursuant to 11 U.S.C. § 554, hereby moves this Honorable Court for an Order granting Carvana LLC, abandonment of the property for the reasons and upon the grounds that:

1. That Carvana LLC, is the holder of a duly perfected security interest in the following described vehicle as shown by the copy of the Retail Installment Contract and Security Agreement and the copy of the Oklahoma Lien Entry Search attached hereto:

### 2017 Jeep Renegade VIN: ZACCJBBBXHPG55504

2. Carvana LLC, would state that as of May 24, 2021, the unpaid principal balance due upon said vehicle is the sum of $17,159.50. That the Debtors are in default by reason of failure of said Debtors to pay the said monthly payments due upon said vehicle and as such said vehicle continues to depreciate without compensation to this Creditor. That the contract is currently due for the November 20, 2020 payment. As of May 24, 2021 the total debt is $18,539.98. For the foregoing reasons, there is sufficient cause to modify the automatic stay under 11 U.S.C. §362(d)(1).

3.      Although no formal appraisal of said vehicle has been made, the Movant alleges that there is no equity in said vehicle for the estate of the Debtor and that the outstanding balance due upon said vehicle is in excess of the value of said vehicle. Furthermore, that said vehicle is a burdensome asset of the estate and should be abandoned. That it would be appropriate for the Court to enter an Order that the property be abandoned pursuant to 11 U.S.C. § 554.

4.      Movant further alleges that said vehicle above mentioned is currently not being used or will not be needed for the purpose of carrying on the business of the Debtors.

5.      The Automatic Stay was terminated by operation of law upon entry of the discharge order on April 12, 2021 [Doc. 26].

WHEREFORE, Carvana LLC, prays the Court enter an Order requiring abandonment pursuant to 11 U.S.C. §554; and that Carvana LLC, may have such other and further relief to which it may be entitled.


                              KIVELL, RAYMENT AND FRANCIS, P.C.

                               s/Adam Fiegel
                                Brian J. Rayment, OBA #7441
                                Adam Fiegel, OBA #33169
                                Triad Center I, Suite 550
                                7666 East 61st Street
                                Tulsa, Oklahoma 74133
                                Phone: (918) 254-0626
                                Facsimile: (918) 254-7915
                                E-mail: afiegel@kivell.com
                                **ATTORNEYS FOR CREDITOR**

THIS IS A COPY
This is a copy view of the Authoritative Copy held
by the designated custodian

OK-102 7/1/2019

# Retail Installment Contract and Security Agreement

| Seller Name and Address | Buyer(s) Name(s) and Address(es) | Summary |
|---|---|---|
| CARVANA, LLC | Jason Brown Culver | Date 07/20/2020 |

☐ Business, commercial or agricultural purpose Contract.

## Truth-In-Lending Disclosure

| Annual Percentage Rate<br>The cost of your credit as a yearly rate. | Finance Charge<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid when you have made all scheduled payments. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of<br>$ 1,000.00 |
|---|---|---|---|---|
| 21.000 % | $ 13,244.51 | $ 17,275.00 | $ 30,519.51 | $ 31,519.51 |

**Payment Schedule.** Your payment schedule is:

| No. of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 71 | $ 424.00 | monthly beginning 08/20/20 |
| 1 | $ 415.51 | 07/20/26 |
| N/A | $ N/A | N/A |

**Security.** You are giving us a security interest in the Property purchased.

**Late Charge.** If a payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late, with a minimum charge of $26.00.

**Prepayment.** If you pay off this Contract early, you ☐ may ☒ will not have to pay a Minimum Finance Charge.

**Contract Provisions.** You can see the terms of this Contract for any additional information about nonpayment, default, any required repayment before the scheduled date, and prepayment refunds and penalties.

## Description of Property

| Year | Make | Model | Style | Vehicle Identification Number | Odometer Mileage |
|---|---|---|---|---|---|
| 2017 | Jeep | Renegade | Sport Utility | ZACCJBBBXHPG55504 | 28888 |

Other:

☐ New
☒ Used
☐ Demo

N/A

## Description of Trade-In

| N/A | N/A | N/A | N/A |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

## Conditional Delivery

☐ **Conditional Delivery.** If checked, you agree that the following agreement regarding securing financing ("*Agreement*") applies: N/A
N/A . The Agreement is part of this Contract. The Agreement will no longer control after the assignment is accepted. If there are any conflicts between the terms of the Agreement and the Contract, the terms of this Contract will apply.

## Sales Agreement

**Payment.** You promise to pay us the principal amount of
$ 17,275.00 plus finance charges accruing on the unpaid balance at the rate of 21.000 % per year from the date of this Contract until paid in full. You agree to pay this Contract according to the payment schedule and

late charge provisions shown in the *Truth-In-Lending Disclosure*. You also agree to pay any additional amounts according to the terms and conditions of this Contract.

**Down Payment.** You also agree to pay or apply to the Cash Price, on or before the date of this Contract, any cash, rebate and net trade-in value described in the Itemization of *Amount Financed*.

☐ You agree to make deferred down payments as set forth in your Payment Schedule.

☐ **Additional Charge.** You agree to pay an additional charge of
$ N/A that will be ☐ paid in cash.
☐ financed over the term of the Contract.

☐ **Minimum Finance Charge.** You agree to pay a minimum finance charge of
$ N/A if you pay this Contract in full before we have earned that much in finance charges.

Retail Installment Contract-OK Not for use in transactions secured by a dwelling.
©2019 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

RSSIMVLFLZOK 7/1/2019
Bankers Systems®
Page 1 of 5

THIS IS A COPY
This is a copy view of the Authoritative Copy held
by the designated custodian

## Itemization of Amount Financed

a. **Cash Price** of Vehicle, etc. (incl. applicable sales/excise tax of
$ 0.00 ) $ 15,990.00

b. Trade-in allowance $ 0.00

c. Less: Amount owing, paid to (includes k):
N/A $ N/A

d. Net trade-in (b–c; if negative, enter $0 here and enter
the amount on line k) $ 0.00

e. Cash payment $ 1,000.00

f. Manufacturer's rebate $ 0.00

g. Deferred down payment $ 0.00

h. Other down payment (describe)
N/A $ 0.00

i. **Down Payment** (d+e+f+g+h) $ 1,000.00

j. **Unpaid balance of Cash Price** (a–i) $ 14,990.00

k. Financed trade-in balance (see line d) $ 0.00

l. Paid to public officials: 0.00
   i N/A $ N/A
   ii N/A $ N/A
   iii N/A $ N/A

m. Insurance premiums paid to insurance company(ies) $ 0.00

n. Service Contract, paid to:
   Carvana $ 1,000.00

o. To: Transit Charge $ 490.00

p. To: Gap Coverage $ 795.00

q. To: N/A $ N/A

r. To: N/A $ N/A

s. To: N/A $ N/A

t. To: N/A $ N/A

u. To: N/A $ N/A

v. To: N/A $ N/A

w. To: N/A $ N/A

x. To: N/A $ N/A

y. **Total Other Charges/Amts Paid** (k thru x) $ 2,285.00

z. **Prepaid Finance Charge** $ 0.00

aa. **Amount Financed** (j+y–z) $ 17,275.00

We may retain or receive a portion of any amounts paid to others.

*[This area intentionally left blank.]*

## Insurance Disclosures

**Credit Insurance.** Credit life and credit disability (accident and health) are not required to obtain credit and are not a factor in the credit decision. We will not provide them unless you sign and agree to pay the additional premium. If you want such insurance, we will obtain it for you (if you qualify for coverage). We are quoting below only the coverages you have chosen to purchase.

**Credit Life**

☐ Single   ☐ Joint   ☐ None

Premium $ N/A          Term N/A

Insured N/A

**Credit Disability**

☐ Single   ☐ Joint   ☐ None

Premium $ N/A          Term N/A

Insured N/A

Your signature below means you want (only) the insurance coverage(s) quoted above. If "None" is checked, you have declined the coverage we offered.

N/A                                N/A
By:                                DOB

N/A                                N/A
By:                                DOB

N/A                                N/A
By:                                DOB

**Property Insurance.** You must insure the Property. You may furnish the required insurance either through existing policies of insurance owned or controlled by you or by procuring the equivalent insurance coverage through any insurance company reasonably acceptable to us. The collision coverage deductible may not exceed $ 1,000 .

If you get insurance from or through us you will pay $ N/A

for N/A of coverage.

This premium is calculated as follows:

☐ $ N/A Deductible, Collision Cov.     $ N/A
☐ $ N/A Deductible, Comprehensive     $ N/A
☐ Fire-Theft and Combined Additional Cov.     $ N/A
☐ N/A     $ N/A

**Liability insurance coverage for bodily injury and property damage caused to others is not included in this Contract unless checked and indicated.**

☐ **Single-Interest Insurance.** You must purchase single-interest insurance as part of this sale transaction. You may furnish the required insurance either through existing policies of insurance owned or controlled by you or by procuring the equivalent insurance coverage through any insurance company reasonably acceptable to us. If you buy the coverage from or through us, you will pay $ N/A for

N/A of coverage.

*[This area intentionally left blank.]*

Retail Installment Contract-OK Not for use in transactions secured by a dwelling.
©2019 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM, CONSULT YOUR OWN LEGAL COUNSEL.

RSSIMVLFLZOK 7/1/2019
Bankers Systems®
Page 2 of 5

THIS IS A COPY
This is a copy view of the Authoritative Copy held
by the designated custodian

## Additional Protections

You may buy any of the following voluntary protection plans. They are not required to obtain credit, are not a factor in the credit decision, and are not a factor in the terms of the credit or the related sale of the Vehicle. The voluntary protections will not be provided unless you sign and agree to pay the additional cost.

Your signature below means that you want the described item and that you have received and reviewed a copy of the contract(s) for the product(s). If no coverage or charge is given for an item, you have declined any such coverage we offered.

[X]  Service Contract

| | | |
|---|---|---|
| Term | | 24 months |
| Price | $ | 1,000.00 |
| Coverage | | Carvana  Vehicle Protection |

[X]  Gap Waiver or Gap Coverage

| | | |
|---|---|---|
| Term | | 72 months |
| Price | $ | 795.00 |
| Coverage | | Gap Coverage |

[ ]  _____ N/A

| | | |
|---|---|---|
| Term | | N/A |
| Price | $ | N/A |
| Coverage | | N/A |

_Jason Culver_                              07/20/2020
By: Jason Brown Culver                    Date

N/A                                              N/A
By:                                               Date

N/A                                              N/A
By:                                               Date

## Additional Terms of the Sales Agreement

**Definitions.** *"Contract"* refers to this Retail Installment Contract and Security Agreement. The pronouns *"you"* and *"your"* refer to each Buyer signing this Contract, and any guarantors, jointly and individually. The pronouns *"we"*, *"us"* and *"our"* refer to the Seller and any entity to which it may transfer this Contract. *"Vehicle"* means each motor vehicle described in the *Description of Property* section. *"Property"* means the Vehicle and all other property described in the *Description of Property* section.

**Purchase of Property.** You agree to purchase the Property from Seller, subject to the terms and conditions of this Contract. You also agree that the purchase of the Property on credit takes place at the Seller's licensed location identified at the top of page 1 of this Contract. Seller will not make any repairs or additions to the Vehicle except as noted in the *Description of Property* section.

You have been given the opportunity to purchase the Property and described services for the Cash Price or the Total Sale Price. The *"Total Sale Price"* is the total price of the Property if you buy it over time.

**General Terms.** The Total Sale Price shown in the *Truth-In-Lending Disclosure* assumes that all payments will be made as scheduled. The actual amount you will pay will be more if you pay late and less if you pay early.

We do not intend to charge or collect, and you do not agree to pay, any finance charge or fee that is more than the maximum amount permitted for this sale by state or federal law. If you pay a finance charge or fee that exceeds that maximum amount, we will first apply the excess amount to reduce the principal balance and, when the principal has been paid in full, refund any remaining amount to you.

You understand and agree that some payments to third parties as a part of this Contract may involve money retained by us or paid back to us as commissions or other remuneration.

You agree that the Property will not be used as a dwelling.

**Prepayment.** You may prepay this Contract in full or in part at any time. See *Minimum Finance Charge* section. Any partial prepayment will not excuse any later scheduled payments. If we get a refund of any unearned insurance premiums that you paid, you agree that we may subtract the refund from the amount you owe, unless otherwise provided by law.

**Balloon Payment.** If any scheduled payment is more than twice as large as the average of your earlier scheduled payments, you may refinance that payment when due without penalty. The terms of the refinancing will be no less favorable to you than the original terms of this Contract. This provision does not apply if we adjusted your payment schedule to your seasonal or irregular income.

**Returned Payment Charge.** If you make any payment required by this Contract that is returned or dishonored, you agree to pay a fee of $25.00.

**Governing Law and Interpretation.** This Contract is governed by the law of Oklahoma and applicable federal law and regulations.

If any section or provision of this Contract is not enforceable, the other terms will remain part of this Contract. You authorize us to correct any clerical error or omissions in this Contract or in any related document.

**Name and Location.** Your name and address set forth in this Contract are your exact legal name and your principal residence. You will provide us with at least 30 days notice before you change your name or principal residence.

**Telephone Monitoring and Calling.** You agree that we may from time to time monitor and record telephone calls made or received by us or our agents regarding your account to assure the quality of our service. In order for us to service the account or to collect any amounts you may owe, and subject to applicable law, you agree that we may from time to time make calls and send text messages to you using prerecorded/artificial voice messages or through the use of an automatic dialing device at any telephone number you provide to us in connection with your account, including a mobile telephone number that could result in charges to you.

**Default.** You will be in default on this Contract if any one of the following occurs (except as prohibited by law):

♦  You fail to perform any obligation that you have undertaken in this Contract and/or you fail to refrain from taking any act prohibited by this Contract.

♦  We, in good faith, believe that you cannot, or will not, pay or perform the obligations you have agreed to in this Contract.

If you default, you agree to pay our costs to realize on the Property and our reasonable attorneys' fees not in excess of 15% of the unpaid debt after default and referral to an attorney not a salaried employee of ours.

If an event of default occurs as to any of you, we may exercise our remedies against any or all of you.

**Remedies.** If you are in default on this Contract, we have all of the remedies provided by law and this Contract. Those remedies include:

♦  We may require you to immediately pay us, subject to any refund required by law, the remaining unpaid balance of the amount financed, finance charges and all other agreed charges.

♦  We may pay taxes, assessments, or other liens or make repairs to the Property if you have not done so. We are not required to do so. You will repay us that amount immediately. That amount will earn finance charges from the date we pay it at the rate described in the *Payment* section until paid in full.

♦  We may require you to make the Property available to us at a place we designate that is reasonably convenient to you and us.

♦  We may immediately take possession of the Property by legal process or self-help, but in doing so we may not breach the peace or unlawfully enter onto your premises.

♦  We may then sell the Property and apply what we receive as provided by law to our reasonable expenses and then toward what you owe us.

♦  Except when prohibited by law, we may sue you for additional amounts if the proceeds of a sale do not pay all of the amounts you owe us.

By choosing any one or more of these remedies, we do not give up our right to later use another remedy. By deciding not to use any remedy, we do not give up our right to consider the event a default if it happens again.

You agree that if any notice is required to be given to you of an intended sale or transfer of the Property, notice is reasonable if mailed to your last known address, as reflected in our records, at least 10 days before the date of the intended sale or transfer (or such other period of time as is required by law).

Retail Installment Contract-OK  Not for use in transactions secured by a dwelling.
©2019 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

RSSIMVLFLZOK 7/1/2019
Bankers Systems®
Page 3 of 5

THIS IS A COPY
This is a copy view of the Authoritative Copy held
by the designated custodian

You agree that we may take possession of personal property left in or on the Property securing this Contract and taken into possession as provided above. You may have a right to recover that property.

If the Property has an electronic tracking device, you agree that we may use the device to find the vehicle.

**Obligations Independent.** Each person who signs this Contract agrees to pay this Contract according to its terms. This means the following:

♦ You must pay this Contract even if someone else has also signed it.

♦ We may release any co-buyer or guarantor and you will still be obligated to pay this Contract.

♦ We may release any security and you will still be obligated to pay this Contract.

♦ If we give up any of our rights, it will not affect your duty to pay this Contract.

♦ If we extend new credit or renew this Contract, it will not affect your duty to pay this Contract.

**Warranty.** Warranty information is provided to you separately.

## Security Agreement

**Security.** To secure your payment and performance under the terms of this Contract, you give us a security interest in the Vehicle, all other Property, and accessions.

**Duties Toward Property.** By giving us a security interest in the Property, you represent and agree to the following:

♦ You will defend our interests in the Property against claims made by anyone else. You will keep our claim to the Property ahead of the claim of anyone else. You will not do anything to change our interest in the Property.

♦ You will keep the Property in your possession and in good condition and repair. You will use the Property for its intended and lawful purposes.

♦ You agree not to remove the Property from the U.S. without our prior written consent.

♦ You will not attempt to sell the Property, transfer any rights in the Property, or grant another lien on the Property without our prior written consent.

♦ You will pay all taxes and assessments on the Property as they become due.

♦ You will notify us with reasonable promptness of any loss or damage to the Property.

♦ You will provide us reasonable access to the Property for the purpose of inspection. Our entry and inspection must be accomplished lawfully, and without breaching the peace.

**Agreement to Provide Insurance.** You agree to provide property insurance on the Property protecting against loss and physical damage and subject to a maximum deductible amount indicated in the *Insurance Disclosures* section, or as we will otherwise require. You will name us as loss payee on any such policy. Generally, the loss payee is the one to be paid the policy benefits in case of loss or damage to the Property. In the event of loss or damage to the Property, we may require additional security or assurances of payment before we allow insurance proceeds to be used to repair or replace the Property. You agree that if the insurance proceeds do not cover the amounts you still owe us, you will pay the difference. You will keep the insurance in full force and effect until this Contract is paid in full.

If you fail to obtain or maintain this insurance, or name us as loss payee, we may obtain insurance to protect our interest in the Property. This insurance may be written by a company other than one you would choose. It may be written at a rate higher than a rate you could obtain if you purchased the property insurance required by this Contract. We will add the premium for this insurance to the amount you owe us. Any amount we pay will be due immediately. This amount will earn finance charges from the date paid at the rate described in the *Payment* section until paid in full.

**Gap Waiver or Gap Coverage.** In the event of theft or damage to the Vehicle that results in a total loss, there may be a gap between the amount due under the terms of the Contract and the proceeds of your insurance settlement and deductibles. You are liable for this difference. You have the option of purchasing Gap Waiver or Gap Coverage to cover the gap liability, subject to any conditions and exclusions in the Gap Waiver or Gap Coverage agreements.

*[This area intentionally left blank.]*

## Notices

Note. If the primary use of the Vehicle is non-consumer, this is not a consumer contract, and the following notice does not apply. NOTICE. ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

**If you are buying a used vehicle: The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**

**Sí compra un vehículo usado: La información que ve adherida en la ventanilla forma parte de éste contrato. La información contenida en el formulario de la ventanilla prevalece por sobre toda otra disposición en contrario incluida en el contrato de compraventa.**

## Third Party Agreement

(This section applies ONLY to a person who will have an ownership interest in the Property but is NOT a Buyer obligated to pay this Contract ("Third Party Owner").)

In this section only, "you" means only the person signing this section.

By signing below you agree to give us a security interest in the Property described in the *Description of Property* section. You also agree to the terms of this Contract except that you will not be liable for the payments it requires. Your interest in the Property may be used to satisfy the Buyer's obligation. You agree that we may renew, extend or change this Contract, or release any party or Property without releasing you from this Contract. We may take these steps without notice or demand upon you.

**You acknowledge receipt of a completed copy of this Contract.**

| N/A | N/A |
|---|---|
| By: | Date |

Signature of Third Party Owner (NOT the Buyer)

*[This area intentionally left blank.]*

Retail Installment Contract-OK  Not for use in transactions secured by a dwelling.
©2019 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

JC
RSSIMVLFLZOK 7/1/2019
Bankers Systems®
Page 4 of 5

Case 20-81159   Doc 33   Filed 05/25/21   Entered 05/25/21 13:39:51   Desc Main
Document   Page 6 of 11

THIS IS A COPY
This is a copy view of the Authoritative Copy held
by the designated custodian

[X] **Electronic Signature Acknowledgment.** You agree that (i) you viewed and read this entire Contract before signing it, (ii) you signed this Contract with one or more electronic signatures, (iii) you intend to enter into this Contract and your electronic signature has the same effect as your written ink signature, (iv) you received a paper copy of this Contract after it was signed, and (v) the authoritative copy of this Contract shall reside in a document management system held by Seller in the ordinary course of business. You understand that Seller may transfer this Contract to another company in the electronic form or as a paper version of that electronic form which would then become the authoritative copy. Seller or that other company may enforce this Contract in the electronic form or as a paper version of that electronic form. You may enforce the paper version of the Contract copy that you received.

## Signature Notices

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this Contract and retain its right to receive a part of the Finance Charge.*

## Signatures

**Entire Agreement.** Your and our entire agreement is contained in this Contract. There are no unwritten agreements regarding this Contract. Any change to this Contract must be in writing and signed by you and us.

*Jason Culver*                                    07/20/2020
By: Jason Brown Culver                          Date

_____N/A_____                          _____N/A_____
By:                                                  Date

_____N/A_____                          _____N/A_____
By:                                                  Date

**Notice to Buyer.** 1. Do not sign this Contract before you read it or if it contains any blank spaces. 2. You are entitled to a completely filled-in copy of this Contract.

By signing below, you agree to the terms of this Contract. You received a copy of this Contract and had a chance to read and review it before you signed it.

**Buyer**

*Jason Culver*                                    07/20/2020
By: Jason Brown Culver                          Date

_____N/A_____                          _____N/A_____
By:                                                  Date

_____N/A_____                          _____N/A_____
By:                                                  Date

**Seller**

*[signature]*                                      07/20/2020
By: CARVANA, LLC                               Date



**Assignment.** This Contract and Security Agreement is assigned to
N/A _____

the Assignee, phone _____N/A_____ . This assignment is made under the terms of a separate agreement made between the Seller and Assignee.
[ ] This Assignment is made with recourse.

Seller

N/A _____
By:                                                  Date

Retail Installment Contract-OK  Not for use in transactions secured by a dwelling.
©2019 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

RSSIMVLFLZOK 7/1/2019
Bankers Systems®
Page 5 of 5

OKLAHOMA TAX COMMISSION

LIEN RECEIPT

VIN: ZACCJBBBXHPG55504

VEHYR : 2017
MAKE  : 2017
MODEL : JEEP
BODY  :

LIEN DATE: 07/20/2020

AGNT #:

DATE: 08/07/2020

REF#:

LIEN
DEBTOR: JASON B CULVER

CARVANA LLC
PO BOX 29002
PHOENIX AZ  85038-9002





Did you know J.D. Power's industry-leading valuations data drives NADAguides.com? Learn more

# 2017 Jeep Renegade Prices and Values
## Utility 4D Sport AWD



CHANGE CAR     COMPARE



📷 **View more photos & video (16)**

### See other trim levels

Utility 4D Sport AWD      ⌄

Case 20-81159   Doc 33   Filed 05/25/21   Entered 05/25/21 13:39:51   Desc Main Document    Page 9 of 11



# Values & Cost Details <sup>ℹ</sup>

**Pricing**          **Cost to Own**

## Rough Trade-In

| | |
|---|---|
| Base Price | $12,250 |
| Mileage (38,903) | $1,475 |
| Total Base | $13,725 |
| Options | N/A |
| | **$13,725** |

## Average Trade-In

| | |
|---|---|
| Base Price | $13,525 |
| Mileage (38,903) | $1,475 |
| Total Base | $15,000 |
| Options | N/A |
| | **$15,000** |

## Clean Trade-In

| | |
|---|---|
| Base Price | $14,550 |
| Mileage (38,903) | $1,475 |
| Total Base | $16,025 |
| Options | N/A |
| | **$16,025** |

Sell my car fast. **Get Offer.**

## Clean Retail

| | |
|---|---|
| Base Price | $16,625 |
| Mileage (38,903) | $1,475 |
| Total Base | $18,100 |
| Options | N/A |
| | **$18,100** |

| | |
|---|---|
| Certified Pre-Owned(CPO) | +$1,100 |

Case 20-81159    Doc 33    Filed 05/25/21    Entered 05/25/21 13:39:51    Desc Main
Document          Page 10 of 11

**CPO Price + Options** ❶                                                   **$18,100**

Options (add)

# Used 2017 Jeep Renegade Near You

**20 found**                                          **View All**

**2017 Renegade listings within 50 miles of your ZIP code.**

   

**2017 Jeep Renegade Altitude**
Mileage: 30,949
Location: 48 miles away

**2017 Jeep Renegade Altitude**
Mileage: 26,976
Location: 48 miles away

**2017 Jeep Renegade Altitude**
Mileage: 27,976
Location: 49 miles away

**2016 Jeep Renegade Latitude**
Mileage: 71,560
Location: 35 miles away

J.D. POWER                                                  **Go**

Case 20-81159    Doc 33    Filed 05/25/21    Entered 05/25/21 13:39:51    Desc Main
Document      Page 11 of 11